WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IMELDA CORRAL,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; CLARITY SERVICES, INC. and SELECT PORTFOLIO SERVICING, INC.,<br><br>        Defendants. | Case No.: 2:25-cv-00073-JCM-EJY<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

  Plaintiff, Imelda Corral ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

  On January 13, 2025, Plaintiff filed her Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on January 22, 2025. The deadline for Defendant to respond to Plaintiff's Complaint is February 12, 2025. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

  WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiff's Complaint to March 14, 2025.

  This is the first motion for an extension of time for Defendant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 27th day of January, 2025.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Gerardo Avalos* |
| Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>8337 W. Sunset Rd., Suite 220<br>Las Vegas, NV 89113<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave. Suite 100<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff, Imelda Corral* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    January 27, 2025