George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Imelda Corral*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Imelda Corral,<br><br>            Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services LLC; Clarity Services, Inc. and Select Portfolio Servicing, Inc.,<br><br>            Defendants. | Case No.: 2:25-cv-00073<br><br>**Stipulation for dismissal of Equifax Information Services LLC and Select Portfolio Servicing, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Imelda Corral, Equifax Information Services LLC and Select Portfolio Servicing, Inc. stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC and Select Portfolio Servicing, Inc. with prejudice.

///
///
///
///

---

STIPULATION            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 12, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Imelda Corral*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for Select Portfolio Servicing, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 15, 2025